# SCHEDULE-A

| Seller Alias | Seller Alias Business Name | Seller Alias Business Address | Store URLs |
|---|---|---|---|
| SKNSL® Direct | Hangzhou Yueji E-commerce company limited<br><br>Email: sknsl.service@gmail.com | liangmulu 2zhuang 202shi<br>yuhangqu<br>Hangzhou<br>Zhejiang<br>311113<br>CN | https://www.amazon.com/sp?ie=UTF8&seller=A3LDH0NSW1AXQB&asin=B0B5N82BF6 |
| MAXIAEON | zou qing wen<br><br>Email: morn6655@sina.com | tian he qu huang pu da dao xi 76 hao<br>fu li ying long guang chang 503 hao H fang<br>guang zhou shi<br>guang dong sheng<br>510630<br>CN | https://www.amazon.com/sp?ie=UTF8&seller=A2CJQ31S354GOD&asin=B07SQLRMQH |
| Senrun-US | Shenzhen Sen Zhi Run Dian Zi Shang Wu Co.,Ltd<br><br>Email: szszrtec@163.com | Buji Rongchao Garden, Buji Street, Longgang District Room 201, Building A, Block 22<br>Shenzhen<br>Guangdong<br>518116<br>CN | https://www.amazon.com/sp?ie=UTF8&seller=A32DSO1SV27CSF&asin=B092V38RDN |
| yinghuatiyu | Haikoushi Lvxuan Trading Co.,Ltd.<br><br>Email: haikoulvxuanus@163.com | bin hai da dao 131hao<br>dong fang yang da sha AA6114<br>hai kou shi<br>xiu ying qu<br>hai nan sheng<br>570100<br>CN | https://www.amazon.com/sp?ie=UTF8&seller=A2PPI3CIXL5H6N&asin=B09HBCKC91 |
| Beaulyue | changshayanzhihuijiaoyuzixunyouxiangongsi | "yueluquyuelujiedaoxiaoxiangzhonglu328hao<br>lufengheyuan5dong1008-1010fang<br>changshashi<br>hunansheng<br>410000<br>CN" | https://www.amazon.com/sp?ie=UTF8&seller=A1SIEXLGNIUEYZ&asin=B097DPZ2CL |