**EXHIBIT-2**

**ACCUSED PRODUCTS**

1. **Flashlights LED High Lumens Rechargeable: 100000 Lumen Super Bright Flashlight, High Powered Flash Light with 5 Modes, Zoomable, IPX6 Waterproof, Powerful Handheld Flashlights for Emergencies(2 Pack). SKNSL Store**

   **URL: https://www.amazon.com/dp/B0B5N82BF6**

   **Product Description:**

   - 100000 LUMENS SUPER BRIGHT FLASHLIGHT: Powerful 100000 lumens led flashlight with an upgraded XHP70.2 LED chip, generates a brilliant large area floodlight or a clear focused spotlight, and the irradiation distance up to about 1000M(3280FT). When you are camping outdoors, the flashlights high lumens can help you illuminate the whole campsite effortlessly. And the high-performance LED chip service life is up to 100000 hours.
   - RECHARGEABLE & POWER INDICATOR LIGHT: USB rechargeable flashlight equipped with large capacity rechargeable BATTERY, have more power, and longer runtimes, It can be continuously illuminated for 12 hours when fully charged. You can charge the flashlight with any USB port, such as a laptop, power bank, etc. The bright flashlight has 4 led indicator lights, each indicator light represents 25% power, effectively avoiding running out of power.
   - **5 LIGHTING MODES & ZOOMABLE FUNCTION: The brightest flashlight is equipped with 5 lighting modes: high, medium, low, strobe, and SOS. It can meet your needs in every environment. With a one-touch design and easy to use, In any mode long-press the switch 2-3 seconds to directly turn it off. High powered flashlight with the zoom function can adjust the focus to change the beam from wide to narrow.**
   - IPX6 WATERPROOF & PREMIUM ALLOY MATERIAL: This led flashlights to feature IPX6 water resistance. The rear cover rubber ring and the USB rubber cover can prevent rain and dust from entering and avoid internal circuit failure, so this is a flashlight that is ideal for all-weather outdoor use and reliable in extreme weather conditions. Waterproof flashlights are made of high-strength aluminum alloy material, which is durable and can withstand a 10-foot drop.
   - THE BEST GIFT: This high power flashlight is very suitable for outdoor activities such as camping, hiking, fishing, and mountaineering, as well as work, power outages, emergencies, targeted searches, general household use, and so on. The led rechargeable flashlight 2 Pack is also a functional and versatile gift that will last for years! Get a great gift for yourself, your friends & families right now.
   - WARRANTY SERVICE: SKNSL flashlight team offers 60 days return for exchange or refund and a 2-year warranty. We provide lifetime customer service and tech support. If you would have any questions about the led flashlights, we will try our best to make things right for you feel free to contact us. We focus on each customer's experience and look forward to your choice.

**Product Images:**



2. **Super Bright 2000 Lumen 18650 Tactical Flashlight and 6PCS 3.7V High Capacity Rechargeable Battery+Batteries Charger,Zoomable, Water Resistant, 5 Modes Handheld Flashlight. Brand: MAXIAEON**

   **URL: https://www.amazon.com/dp/B07SQLRMQH**

   **Product Description:**

   - **SUPER-BRIGHT: 2000 lumen (max) LED Flashlight,Ultra wide beam effortlessly illuminates a whole room or backyard.Adjustable focus with 5 modes: High, Medium, Low, Strobe, and SOS/Emergency protect your safety.**
   - LONG-LASTING: Up to 6 hours (Medium-beam mode) of powerful, non-diminishing brightness from the included premium rechargeable High Capacity battery.
   - TOUGH & RELIABLE: IP65-rated water resistant and designed for use in heavy rain. Its durable aluminum body and shock-resistance endure rough handling.
   - High-Capacity Performance Lasting:This rechargeable High Capacity battery that can last up to 3~6 hours with a single charge.The battery is perfectly protected against heat and high temperature, allowing you to charge safely.
   - 12 months warranty and 30 days money back guarantee. Please rest assured to buy, no worries at all.Two flat head plugs or USB plugs are shipped randomly.

   **Product Images:**



3. **LED**

**Rechargeable Flashlights High Lumens, 90000 Lumens Super Brgiht Tactical Flashlights,Flash Light Powered XHP70.2 , Zoomable & Waterproof Flashlights for Emergencies, Camping. Grentay Store.**

**URL: https://www.amazon.com/dp/B092V38RDN**

**Product Description:**

- 【POWERFUL & SUPER BRIGHT FLASHLIGHTS HIGH LUMENS】High powered flashlight is built-in advanced XHP70.2 LED chip. This stable flash lights could generates an ultra-high output up to 90000 lumens.It's 20 times brighter than ordinary incandescent lamps, easily light up an entire room or focus in on objects 3280 feet!
- 【RECHAGEBLE FLASHLIGHTS WITH POWER DISPLAY】You could use the brightest flashlights once you get it.It is built-in overcharging and over-discharging protection, which could be rechargeable more than 150,000 times.In addition, the rechargeable led flashlights have a power display function, so that you can see its power status at a glance.
- 【 FLASH LIGHT POWERED XHP70.2 LED W/ 5 Modes &Zoomable】This high lumen flashlight is with 5 different modes:High / Medium / Low / Strobe/SOS.Easy to change modes by pressing the switch button gently. **Stretch the head of the rechargeable led flashlights to change the focal length and the size of the beam.Floodlight is suitable for large-area lighting.Spotlight is suitable for long-distance lighting.** The strobe light is suitable for the alarm effect in emergency situations.

- 【HEAVY DUTY AND WATERPROOF TACTICAL FLASHLIGHTS】IP65 level waterproof flashlights protect it from splashing water from any angle. Suitable for the outdoor environment(hiking,emergencies and camping) and adverse weather conditions. Please do not submerge in water for a long time. This tactical flashlight is in a diamond-shaped structure, made of high-quality aviation aluminum for excellent heat dissipation and it is sturdy enough to hit something during emergency.
- 【XHP70.2 LED FLASHLIGHT WITH WIDE APPLICATION】 This zoomable flashlights torch is great for camping, ridding, running in night, fishing, climbing, hunting and some outdoor activities, also for home (when power failure, circuit maintenance). In addition, you can also use it when you running / walking in the night.

**Product Images:**






4. **Flashlights High Lumens 100000, Super Bright Rechargeable Flashlight High Power, LED Tactical Flashlights Waterproof with Zoomable 5 Modes for Camping, Hunting and Emergencies. Brand: Amzyigou**

   **URL: https://www.amazon.com/dp/B09HBCKC91**

   **Product Description:**

   - Amzyigou Rechargeable Flashlights is built in 2021 newest upgrade XHP70.2 LED lamp beads,which supports a maximum output of 100,000 lumens and a maximum irradiation distance of 1000m.The High Lumens Flashlights is about 10 times of the brightness of an ordinary P50 flashlight.
   - Amzyigou LED Flashlight is made of aviation-grade aluminum alloy. Our Flashlights is the heaviest under the same size and the smallest under the same weight. So that it provides a better heat dissipation effect to this rechargeable

- flashlight. The whole body with non-slip design is very suitable to be tactical flashlights, which could protect ourselves well in emergency situations.
- Amzyigou Bright Flashlight can support our rechargeable led flashlight to work for 5-8 hours. Built in reverse connection protection,Over-voltage protection and short-circuit protection. Choose amzyigou led flashlights high lumens to avoid the inconvenience and pain.
- **<u>Amzyigou rechargeable flashlights high lumens is with a convex lens and a telescopic head. Stretch to expand the irradiation distance and pull back to expand the irradiation range. One-button design is simple to between the five modes. High-Medium-Low-Flash-SOS.</u>** Please note that the brightest flashlight is in high mode every time once turned on. You could turn off the high lumen flashlight after cycling through all the five modes or press and hold on the switch button for 5 seconds in any mode.
- Package contents: one super bright flashlight, one product manual, one tail rope. (The tail rope can be adjusted according to the size of your wrist for easy carrying.) Attention please,check the manual before use. Avoid unnecessary damage to the 100000 lumen flashlight.

**Product Images:**







5. **Betgod Flashlights, LED Flashlight 2 Pack, High Lumen, Zoomable, 5 Modes, Water Resistant for Camping, Hiking, Emergency, Outdoor (Batteries Not Included). Brand: Betgod**

   **URL: https://www.amazon.com/dp/B097DPZ2CL**

   **Product Description:**

   - 【Super Bright & Long-lasting】 With an upgrade T6 LED Chip (50,000 -hour lifespan), our Powerful 1000 Lumen flashlight can easily light up an entire room or focus on objects up to 660 ft/200m(about 2 football) fields! Conveniently powered for hours with 3 AAA batteries or 1 *rechargeable battery. (Batteries are not included)
   - **【Adjustable Focus & 5 Lighting Modes】Easy-controlled head-pulling the pocket flashlights to adjust fully zoomable from wide to narrow beam to get spotlight or floodlight that you need, which is perfect for distant observation and wide range illumination.** A full-press the tail button to switch ON or OFF and a half-press to cycle through 5 lighting modes: High / Medium / Low / Strobe / SOS.
   - 【Durable & Water-resistant】The edc flashlight is made of aluminum alloy material, and lotus top can protect the lens can survive a 10-foot drop. Anti-slip

- handle design, waterproof by IPX-5, this handheld flashlights are suitable for use in rain, snow, or emergency situations.
- 【Compact & Versatile】This small flashlights are compact enough to fit in your pocket, backpack, or purse allowing for carrying around and quick access. Ideal for using around the house, dog walking, or camping, hiking.
- 【What you get】 2* LED flashlights, 2* Lanyards, 2* AAA Battery Holders, 2* Battery Tubes(Batteries are not included). For any problems, please do not hesitate to contact us.

**Product Images:**



