UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                         :

LEAD CREATION INC.,                  :

             :

         Plaintiff,      :

             :         22-CV-10377 (JMF)

     -v-             :

             :            ORDER

HANGZHOU YUEJI E-COMMERCE CO., LTD., et al.,  :

             :

        Defendants.   :

             :
-------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On December 8, 2022, Plaintiff filed a Complaint and an *ex parte* motion seeking entry

of a Temporary Restraining Order.  *See* ECF Nos. 1, 2.  It is hereby ORDERED that Plaintiff

shall appear for a conference with the Court on **December 16, 2022**, at **10:00 a.m.**  Plaintiff

should be prepared to discuss the following:

- Whether the allegations in the Complaint are sufficient for the Court to exercise personal jurisdiction over Defendants.  *See, e.g.*, *Spin Master Ltd. v. 158*, 463 F. Supp. 3d 348 (S.D.N.Y. 2020).

- Whether there is a basis for granting a temporary restraining order without notice to Defendants, including whether Plaintiff has demonstrated the "immediate and irreparable injury, loss, or damage."  Fed. R. Civ. P. 65(b)(1).

- Whether the Court has authority to order service on the Defendants as requested under the Hague Convention and Rule 4(f) of the Federal Rules of Civil Procedure.  *See, e.g.*, *Smart Study v. Aceuteye-US*, No. 21-CV-5860 (GHW), 2022 WL 2872297 (S.D.N.Y. July 21, 2022).

- Whether the fifth product analyzed in the expert report, *see* ECF No. 5-4, at 30, is produced by Defendant MAXIAEON or by Defendant Beaulyue Betgod.  (To the extent that the expert report erroneously refers to the product at issue, Plaintiff should file a corrected version of the report.)

The conference will be held remotely by telephone in accordance with Rule 3.B of the Court's

Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  Plaintiff should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      SO ORDERED.

Dated:  December 13, 2022
       New York, New York

_____
           JESSE M. FURMAN
        United States District Judge