UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LEAD CREATION INC., :
:
:
Plaintiff, :
: 22-CV-10377 (JMF)
-v- :
: ORDER
:
HANGZHOU YUEJI E-COMMERCE CO., LTD., et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On December 16, 2022, Plaintiff requested the issuance of a summons for five Defendants.  The Clerk of Court is directed to add the following Defendants to the case caption:

- Hangzhou Yueji E-Commerce Company Limited d/b/a SKNSL Direct
- Zou Qing Wen d/b/a MAXIAEON
- Shenzhen Sen Zhi Run Dian Zi Shang Wu Co., Ltd., d/b/a Senrun-US
- Haikoushi Lvxuan Trading Co., Ltd., d/b/a Yinghuatiyu
- Changshayanzhihuijiaoyuzixunyouxiangongsi d/b/a Beaulyue

      The Clerk of Court is further directed to issue the summons requested at ECF Nos. 12-16. Plaintiff's deadline to serve the summons, complaint, TRO motion and all supporting papers, and a copy of the Court's December 16, 2022 Order is hereby EXTENDED to **December 20, 2022.** Plaintiff shall file proof of service on the docket by **December 22, 2022.**

      SO ORDERED.

Dated: December 19, 2022
       New York, New York

                                                  JESSE M. FURMAN
                                              United States District Judge