```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                          :
LEAD CREATION INC.,                                       :
                                                          :
                          Plaintiff,                      :     22-CV-10377 (JMF)
                                                          :
              -v-                                         :     ORDER
                                                          :
HANGZHOU YUEJI E-COMMERCE CO., LTD., et al.,              :
                                                          :
                          Defendants.                     :
                                                          :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On December 16, 2022, the Court issued an Order denying Plaintiff's motion for a temporary restraining order to the extent that it sought to proceed on an *ex parte* basis. ECF No. 11. On December 19, 2022, Plaintiff filed a motion for reconsideration, proffering allegations and arguments that it could have made in the first instance. ECF No. 20. As Plaintiff presents no valid grounds for reconsideration, the motion is DENIED. *See, e.g.*, *Analytical Surveys, Inc. v. Tonga Partners, L.P.*, 684 F.3d 36, 52 (2d Cir. 2012) ("It is well-settled that [a motion for reconsideration] is not a vehicle for relitigating old issues, presenting the case under new theories, securing a rehearing on the merits, or otherwise taking a second bite at the apple. Rather, the standard for granting a . . . motion for reconsideration is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked." (internal quotation marks, citations, ellipsis, and alterations omitted)).

Plaintiff also filed another motion for a temporary restraining order on December 19, 2022. ECF No. 19. As the Court reserved judgement on Plaintiff's prior TRO motion until after Defendants have had notice and an opportunity to be heard, Plaintiff's new TRO motion is DENIED as superfluous. Plaintiff's initial TRO motion, ECF No. 2, remains the operative motion and remains under advisement.

Plaintiff's deadline to serve the summons, complaint, operative TRO motion and supporting papers, and a copy of the Court's December 16, 2022 Order is hereby EXTENDED to **December 21, 2022.** Plaintiff is further directed to serve the Amended Complaint, ECF No. 18, and a copy of this Order on Defendants by the same date. Plaintiff shall file proof of service on the docket by **December 23, 2022.**

The Clerk of Court is directed to terminate ECF Nos. 19 and 20.

SO ORDERED.

Dated: December 20, 2022  
      New York, New York  
                                                           JESSE M. FURMAN  
                                                        United States District Judge