```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
LEAD CREATION INC.,                                               :
                                                                  :
                                Plaintiff,                        :
                                                                  :         22-CV-10377 (JMF)
                -v-                                               :
                                                                  :              ORDER
HANGZHOU YUEJI E-COMMERCE CO., LTD., et al.,                      :
                                                                  :
                                Defendants.                       :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On January 26, 2023, the Court entered a Temporary Restraining Order. ECF No. 91. The Temporary Restraining Order is extended to **February 23, 2023**, as the Court finds, pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure, that good cause exists in the absence of the appearance of any Defendant. Prior to expiration of this period, Plaintiff may apply for another extension of the Temporary Restraining Order if appropriate.

Plaintiff shall serve a copy of this Order on all Defendants, in accordance with the Temporary Restraining Order's provisions, within two business days.

SO ORDERED.

Dated: February 9, 2023
       New York, New York
                                                    _____
                                                         JESSE M. FURMAN
                                                         United States District Judge