UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
LEAD CREATION INC.,                                                :
                                                                   :
                              Plaintiff,                           :
                                                                   :           22-CV-10377 (JMF)
              -v-                                                  :
                                                                   :           ORDER
HANGZHOU YUEJI E-COMMERCE CO., LTD., et al.,                       :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        As stated on the record during the teleconference held yesterday:

- Plaintiff shall file any opposition to the portion of Defendants' motion that seeks to
  vacate the TRO and preliminary injunction by **March 6, 2023**.  Defendants' reply, if
  any, shall be due **March 8, 2023**.  If Plaintiff fails to file anything by the deadline, the
  TRO and preliminary injunction will be vacated without further notice.

- Plaintiff shall file a status letter with the Court by **March 9, 2023**, indicating whether
  it intends to oppose the portion of Defendants' motion that seeks to dismiss Plaintiff's
  claims and, if so, proposing a briefing schedule for that portion of the motion.

        SO ORDERED.

Dated: March 3, 2023
       New York, New York                         _____
                                                          JESSE M. FURMAN
                                                          United States District Judge