## UNITED STATES DISTRICT COURT
## SOUTHEN DISTRICT OF NEW YORK

| | |
|---|---|
| LEAD CREATION INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 1:22-cv-10377 <br><br> **Defendants' Notice Of Motion To Block Plaintiff's Attempted Dismissal of this Action Without Prejudice** <br><br> Judge Jesse Furman |

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Beixiao Robert Liu, Esq. including the exhibits annexed thereto, and all prior pleadings and filings, Defendants Shenzhen Sen Zhi Run Dian Zi Shang Wu Co., Ltd. and Haikoushi Lvxuan Trading Co., Ltd. will move before the Honorable Jesse Furman, at Courtroom 1105 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, NY 10007 on March 24 at 10:00 A.M., or an earlier return date in the interests of justice if the Court should so order, given the extent of the injuries that Defendants have already suffered, for an Order blocking Plaintiff's attempted dismissal of this action without prejudice, and for any other and further relief as the Court deems proper and just.

Dated: New York, NY
       March 10, 2023

2

Respectfully submitted,

/s/ *Beixiao Liu*

Beixiao Robert Liu (Bar #: 5697552)

Balance Law Firm

1 World Trade Ctr Ste 8500
New York, NY 10007

(212) 741-8080

(646) 558-4889 fax

robert.liu@balancelawfirm.com

Attorneys for Defendants Shenzhen Sen Zhi Run Dian Zi Shang Wu Co., Ltd. and Haikoushi Lvxuan Trading Co., Ltd.