# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| LEAD CREATION INC.<br><br>*Plaintiff(s)*<br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,",<br><br>*Defendant(s)* | Civil Action No. 1:22-cv-10377 |

Civil Action No. 1:22-cv-10377

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This Order for *(name of individual and title, if any)* Lead Creation Inc.
was received by me on *(date)* 3/16/2023 .

The copies of Counsel's MOTION TO WITHDRAW AS COUNSEL (ECF 128); COUNSEL'S DECLARATION (ECF 139); MEMORANDUM OPINION AND ORDER (ECF 137) dated 3/14/23 was served Via email on email addresses patent@leadcreationinc.com, copyright@leadcreationinc.com and linxinrong2005@gmail.com on 3/16/23 and also the hard copies of above mentioned Court documents are ordered to be served upon the Registered Agent of Lead Creation Inc through third party services on 3/16/23.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/16/2023

/s/ Michael A. Hurckes
*Server's signature*

Michael A. Hurckes, Esq.
*Printed name and title*

MAH ADVISING LLC
One World Trade Center Suite
8500 New York, NY 1000
*Server's address*

Additional information regarding attempted service, etc:

Served soft copies via email and hard copies to registered agent