```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
LEAD CREATION INC.,                                               :
                                                                  :
                            Plaintiff,                            :   22-CV-10377 (JMF)
                                                                  :
              -v-                                                 :        ORDER
                                                                  :
HANGZHOU YUEJI E-COMMERCE CO. LTD., et al.,                       :
                                                                  :
                            Defendants.                           :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On March 23, 2023, Defendants Shenzhen Sen Zhi Run Dian Zi Shang Wu Co., Ltd. and Haikoushi Lvxuan Trading Co., Ltd. ("Defendants") moved to compel Plaintiff and Plaintiff's former counsel, Michael Hurckes, to produce documents and appear for depositions. ECF No. 145. Any opposition was due on March 28, 2023. *See* ECF No. 146. To date, no opposition has been filed. Accordingly, Defendants' motion to compel is GRANTED as unopposed. Plaintiff and Mr. Hurckes are ordered to produce the requested documents to Defendants' counsel within **seven days**, and are further ordered to appear for Zoom depositions within **five days thereafter**.

Counsel for Defendants is directed to serve a copy of this Order, along with their letter-motion to compel on Plaintiff, Xiaodong Fan, and Justin Lewis by email and/or overnight mail no later than **today, March 29, 2023**, and to file proof of service on the docket by **March 30, 2023**. The Clerk of Court is directed to terminate ECF No. 145.

    SO ORDERED.

Dated: March 29, 2023
       New York, New York                          _____
                                                           JESSE M. FURMAN
                                                        United States District Judge