UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LEAD CREATION INC.,                                               :
                                                                  :
                           Plaintiff,                             :     22-CV-10377 (JMF)
                                                                  :
           -v-                                                    :     ORDER
                                                                  :
HANGZHOU YUEJI E-COMMERCE CO. LTD., et al.,                       :
                                                                  :
                           Defendants.                            :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On April 4, 2023, Michael Hurckes filed a brief in opposition to Defendants' motion to recover on the TRO bond and motion for attorneys' fees, purportedly on behalf of Plaintiff. ECF No. 157. As Hurckes acknowledges, however, he no longer represents Plaintiff; the Court granted Hurckes's motion to withdraw as counsel. *See* ECF No. 146. In its Order, that Court explicitly granted Plaintiff until April 13, 2023, to find *new* counsel and file a consolidated opposition brief, and noted that if counsel did not appear and file an opposition brief, the Court would treat Defendants' motions as unopposed. *Id.*

       Given that Hurckes no longer represents Plaintiff, it is patently improper for him to file an opposition brief on Plaintiff's behalf. Accordingly, the Court strikes Hurckes's opposition brief and will not consider it. As stated in the Court's prior Order, Plaintiff has until **April 13, 2023,** to file its consolidated opposition through counsel. Defendants' reply, if any, shall be due **April 20, 2023**.

       Counsel for Defendants is directed to serve a copy of this Order on Plaintiff by email and/or overnight mail no later than **today, April 5, 2023,** and to file proof of service on the docket by **April 6, 2023**.

       The Clerk of Court is directed to strike (i.e., remove) ECF No. 157 from the docket.

       SO ORDERED.

Dated: April 5, 2023
       New York, New York
                                            JESSE M. FURMAN
                                            United States District Judge