UNITED STATES DISTRICT COURT
SOUTHEN DISTRICT OF NEW YORK

| | |
|---|---|
| LEAD CREATION INC., <br><br>            Plaintiff, <br><br>     v. <br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br>            Defendants. | Case No. 1:22-cv-10377-JMF <br><br>~~[Proposed]~~ Order on Defendants' Motion to Recover on the TRO Bond <br><br>Honorable Jesse Furman |

On October 11, 2023, the Court granted Defendants' motion to recover on the TRO bond, ECF No. 177. Accordingly, the Clerk of Court is hereby directed to release the full amount of the TRO bond, in the amount of Fifteen Thousand and 00/100 ($15,000.00) U.S. Dollars, to counsel for Defendants. The check should be made payable to the following:

Balance Law Firm
1 World Trade Ctr Ste 8500
New York, NY 10007

SO ORDERED.

Dated: October 24, 2023
New York, New York

_____
JESSE M. FURMAN
United States District Judge

1