UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                 :

LEAD CREATION INC.,                                 :
                                                 :

                Plaintiff,            :
                                                 :          22-CV-10377 (JMF)

       -v-                            :
                                                 :            ORDER

HANGZHOU YUEJI E-COMMERCE CO. LTD. et al.,   :
                                                 :

                Defendants.          :
                                                 :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The Clerk's Office has notified the Court that Plaintiff filed a surety bond in the amount of Fifteen Thousand and 00/100 ($15,000.00) U.S. Dollars, not a cash bond.  In light of that, and the Court's October 11, 2023 Opinion and Order, ECF No. 177, the Clerk of Court is directed to release the full amount of the surety bond to counsel for Defendants Shenzhen Sen Zhi Run Dian Zi Shang Wu Co., Ltd. and Haikoushi Lvxuan Trading Co., Ltd.  This Order supersedes the Court's Order of October 24, 2023.  *See* ECF No. 179.

        SO ORDERED.

Dated: October 25, 2023
       New York, New York                              _____
                                                 JESSE M. FURMAN
                                      United States District Judge