UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
LEAD CREATION INC., :
:
:
Plaintiff, :
: 22-CV-10377 (JMF)
-v- :
: ORDER
:
HANGZHOU YUEJI E-COMMERCE CO. LTD. et al., :
:
Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 25, 2023, attorneys for Defendants Shenzhen Sen Zhi Run Dian Zi Shang Wu Co., Ltd. and Haikoushi Lvxuan Trading Co., Ltd. ("Defendants") provided an accounting of their attorneys' fees and costs incurred in connection with Lead Creation Inc.'s failure to comply with the Court's discovery order.  *See* ECF No. 181.  Plaintiff Lead Creation Inc.'s deadline to file any response was November 1, 2023.  *See* ECF No. 177.  Plaintiff did not file a response.

      Upon view of Defendants submission, the Court awards Defendants $4,504.75 in attorneys' fees and costs.  In doing so, the Court has deducted the $325 that appears on both the time records submitted in Exhibit A, *see* ECF No 181-1, and the invoice issued by the court reporter in Exhibit B, *see* ECF No. 181-2, to avoid double billing.

      Plaintiff Lead Creation Inc. shall pay Defendants $4,504.75 by **December 4, 2023**.

      SO ORDERED.

Dated: November 2, 2023
       New York, New York

                                              JESSE M. FURMAN
                                          United States District Judge