UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
        :
LEAD CREATION INC.,        :
        :
        Plaintiff,        :
        :    22-CV-10377 (JMF)
    -v-        :
        :    ORDER
HANGZHOU YUEJI E-COMMERCE CO. LTD., et al.,  :
        :
        Defendants.        :
        :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Upon a review of the docket, the Court concludes that all matters in this case have now been resolved.  *See* ECF No. 135 (Notice of Voluntary Dismissal); ECF No. 137 (Order noting that Plaintiff's Notice of Voluntary Dismissal was self-executing but retaining jurisdiction over "collateral matters related to the case, such as attorney's fees and costs, and sanctions, as well as Defendants' motion to recover from the bond filed in connection with the temporary restraining order"); ECF No. 177 (Opinion and Order resolving Defendants' motion to recover on the TRO bond, motion for attorneys' fees, and motion for sanctions); *see also* ECF No. 179.

      **Accordingly, the Clerk of Court is directed to close the case**.  If any party believes there are open issues, it shall file a letter motion to reopen the case **within one week of this Order**, identifying with specificity what the open issues are and proposing next steps.  Any request to reopen filed after that date will be denied on that basis alone.

      SO ORDERED.

Dated: March 29, 2024
      New York, New York

                                                 _____
                                                        JESSE M. FURMAN
                                                   United States District Judge